

630 Third Avenue, 17th Floor, New York, New York 10017
tel 212.486.2400   fax 212.486.3099   leaderberkon.com

New York
Los Angeles
Philadelphia

September 11, 2020

**BY ECF**

Hon. Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

      Re:   *China Southern Airlines Co., Ltd. v. The Port Authority of New York and New Jersey,* Civil Action No. 1:18-cv-7454-RJD-VMS

Dear Judge Scanlon:

    We are counsel for plaintiff China Southern Airlines ("CSA") in the above-referenced matter.  In anticipation of the September 14, 2020 Conference regarding CSA's motion to compel the production of certain documents from Defendant Delta, CSA writes to inform the Court that, given Delta's representation that Mr. Amar Singh was only involved with post-accident investigation, CSA is no longer pursuing the employee files for Mr. Singh.  Accordingly, CSA's motion to compel to be discussed on September 14 is limited to the employee files for Delta employee "Mary" and Delta's relevancy redactions to certain responsive documents.

                                      Respectfully Submitted,

                                      BRIAN K. CIFUENTES